**James A. RIDER and Tina Smith–Rider, Respondents,**

v.

**Melvin A. THIERFELDER and Joanne Thierfelder, Appellants.**

No. WD 64765.

Missouri Court of Appeals, Western District.

March 28, 2006.

Michael P. Joyce, Kansas City, MO, for appellants.

Stanley B. Cox, Sedalia, MO, for respondents.

Before LOWENSTEIN, P.J., BRECKENRIDGE and SPINDEN, JJ.

## *ORDER*

PER CURIAM.

Melvin and Joanne Thierfelder appeal the trial court's judgment in favor of James Rider and Tina Smith–Rider on the Riders' petition to enjoin trespass and quiet title to 13.88 acres of land the Riders' claim to own by adverse possession. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).